

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00150-CR

**MARQUEZ DAJUAN TIPPIT,**

                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**

From the 52nd District Court
Coryell County, Texas
Trial Court No. 17-24221

## MEMORANDUM OPINION

Marquez Tippit entered a plea of guilty to the offense of aggravated assault with a deadly weapon. The trial court deferred adjudication of guilt and placed Tippit on community supervision for seven years and assessed a $100 fine. On March 22, 2018, the State filed a Motion to Adjudicate and Revoke Community Supervision. Tippit entered a plea of true to one of the allegations in the State's Motion to Adjudicate. The trial court found the allegation to be true, convicted Tippit of the offense of aggravated assault,

found the deadly weapon allegation to be true, and assessed punishment at ten years confinement. We affirm.

Tippit's appointed counsel filed an *Anders* brief asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967). Counsel informed Tippit of his right to submit a brief on his own behalf. Tippit did not file a brief. Counsel's brief evidences a professional evaluation of the record for error, and we conclude that counsel performed the duties required of appointed counsel. *See Anders v. California*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); s*ee also In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, ... decide whether the case is wholly frivolous." *See Anders v. California*, 386 U.S. at; accord *Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n. 10 (1988). After a review of the entire record in this appeal, we determine the appeal to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgments.

Counsel's request that he be allowed to withdraw from representation of Tippit is granted. Additionally, counsel must send Tippit a copy of our decision, notify Tippit of his right to file a pro se petition for discretionary review, and send this Court a letter

certifying counsel's compliance with Texas Rule of Appellate Procedure 48.4. TEX. R. APP.

P. 48.4; *see also In re Schulman*, 252 S.W.3d at 409 n.22.


AL SCOGGINS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Affirmed; motion granted
Opinion delivered and filed October 10, 2018
Do not publish
[CR25]

